**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01608-REB-KMT

CAREY WAYNE BROOKER, and
LENORA RENEE BROOKER,

    Plaintiffs,

v.

RUSSELL JAY GOULD,
STACEY L. ARONOWITZ, Attorney Reg. #36290,
SUSAN J. HENDRICK, Attorney Reg. #33196,
MARCH L. MCDERMOTT, Attorney Reg. #38030,
ARONOWITZ & MECKLENBUG, LLP,
FEDERAL NATIONAL MORTGAGE ASSOCIATION,
BANK OF AMERICA, N.A.,
BRIAN MOYNIHAN,
BAC HOME LOANS SERVICING, LP,
BAC HOME LOAN SERVICING, LP,
BARBARA DESOER,
DONNA LEONETTI,
LAS ANIMAS COUNTY PUBLIC TRUSTEE,
LAS ANIMAS COUNTY TREASURER,
TRINIDAD ABSTRACT & TITLE COMPANY,
TOWN AND COUNTRY ESTATES REALTY, INC.,
EDGAR J. TROMMETER, license ER1326745
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
JAMES W. CASIAS,
LAS ANIMAS COUNTY COURT,
LAS ANIMAS COUNTY JUDGE BRUCE A. BILLINGS,
LAS ANIMAS COUNTY REVIEW CLERK EMMA BARROS,
DISTRICT ADMINISTRATOR/CLERK OF COURT ROBERT KREIMAN, and
SANTA FE TRAIL RANCH,

    Defendants.

---

## FINAL JUDGMENT

---

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order Adopting Recommendation of the United States**

**Magistrate Judge** [#10] entered by Judge Robert E. Blackburn on January 28, 2013, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That under Fed. R. Civ. P. 41(b), this case is **DISMISSED WITH PREJUDICE**;

      2.  That **JUDGMENT IS ENTERED** in favor of the defendants, Russell Jay Gould, Stacey L. Aronowitz, Susan J. Hendrick, Marcy L. McDermott, Aronowitz & Mecklenburg, LLP, Federal National Mortgage Association, Bank of America, N.A., Brian Moynihan, BAC Home Loans Servicing, LP, BAC Home Loan Servicing, LP, Barbara Desoer, Donna Leonetti, Las Animas County Public Trustee, Las Animas County Treasurer, Trinidad Abstract & Title Company, Town and Country Estates Realty, Inc., Las Animas County Sheriff's Department, James W. Casias, Las Animas County Court, Las Animas County Judge Bruce A. Billings, Las Animas County Review Clerk Emma Barros, District Administrator/Clerk of Court Robert Kreiman, and Santa Fe Trail Ranch, and against the plaintiffs, Carey Wayne Brooker and Lenora Renee Brooker, jointly and severally;

      3.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1;

      4.  That if the defendants seek an award of attorney fees, the defendants may file a motion seeking such an award on or before February 20, 2013; and

      5.  That any response and reply shall be marshaled under D.C.COLO.LCivR 7.1C.

      DATED at Denver, Colorado this  29th  day of January, 2013.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                          By: s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk